# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 AUG -1 PM 12:22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: \_\_\_\_\_ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                       )<br>            Plaintiff,             )<br>                                       )<br>vs                                    )<br>                                       )<br>RUBEN FLORES-CARDENAS    )<br>                                       )<br>            Defendant,           )<br>_____ ) | No. 07CR1728-BEN<br><br>**JUDGMENT OF DISMISSAL**<br>(Rule 32(d)(1), Fed.R.Crim.P.) |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed against the defendant and the Court has granted the motion of the Government for dismissal of this case without prejudice; or

\_\_\_\_  the Court has granted the motion of the Government for dismissal; or

\_\_\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of:

21:952 and 960, 18:2 - Importation of a Controlled Substance; Aiding and Abetting (Marijuana)

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

DATED: 7/27/07

_____
United States Magistrate Judge

ENTERED ON _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) CASE NUMBER 07CR1728-BEN ~~01209298~~
vs )
) ABSTRACT OF ORDER
)
) Booking No. 01209298
)
Ruben Flores-Calderas )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 7-27-07 the Court entered the following order:

\_\_\_\_\_ Defendant be released from custody.

\_\_\_\_\_ Defendant placed on supervised / unsupervised probation / supervised release.

\_\_\_\_\_ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

\_\_\_\_\_ Defendant released on $\_\_\_\_\_ bond posted.

\_\_\_\_\_ Defendant appeared in Court. FINGERPRINT & RELEASE.

\_\_\_\_\_ Defendant remanded and ( \_\_\_\_\_ bond) ( \_\_\_\_\_ bond on appeal) exonerated.

\_\_\_\_\_ Defendant sentenced to TIME SERVED, supervised release for \_\_\_\_\_ years.

\_\_\_\_\_ c.c. judgment Court of Appeals ( \_\_\_\_\_ affirming) ( \_\_\_\_\_ reversing) decision of this Court:

\_\_\_\_\_ dismissing appeal filed.

\_\_\_\_\_ Bench Warrant Recalled.

\_\_\_\_\_ Defendant forfeited collateral.

✓ Case Dismissed.

\_\_\_\_\_ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. Deft. to remain out on bond on 07CR1973-BEN

**PETER C. LEWIS**
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by J. Flores
Deputy Clerk

Received \_\_\_\_\_
DUSM

Crim-9 (Rev 6-95)   ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY